**Order entered October 3, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01228-CV

### IN RE STEPHEN A. BERGENHOLTZ, Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-51444-2008**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus and emergency motion for temporary relief to stay underlying proceedings. We **ORDER** that relator bear the costs of this original proceeding.


/s/     DAVID L. BRIDGES
        JUSTICE